UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

Case No.   2:19-cv-09331-GW (SHK)              Date: February 6, 2020

Title:   *David Romo v. Los Angeles Sheriff's Department, et al.*

Present: The Honorable   Shashi H. Kewalramani, United States Magistrate Judge

           D. Castellanos                                Not Reported
           Deputy Clerk                                 Court Reporter

   Attorney(s) Present for Plaintiff(s):       Attorney(s) Present for Defendant(s):
           None Present                                 None Present

**Proceedings (IN CHAMBERS):**   SECOND ORDER TO SHOW CAUSE RE: FAILURE TO PROVIDE CERTIFIED TRUST ACCOUNT

On October 14, 2019, Plaintiff David Romo ("Plaintiff"), proceeding pro se, constructively filed[1] a civil rights complaint ("Complaint" or "Compl.") under 42 U.S.C. § 1983 ("§ 1983") against the Los Angeles Sheriff Department ("LASD") and the "Department of Mental Health" (collectively, "Defendants"). Electronic Case Filing Number ("ECF No.") 1, Compl. Simultaneously, Plaintiff filed an Application to Proceed In Forma Pauperis ("IFP Application"). ECF No. 2, IFP Application.

On November 6, 2019, the Court issued its Order to Show Cause Why Plaintiff's IFP Application Should Not Be Denied ("OSC"). ECF No. 7, OSC. The Court instructed Plaintiff he must notify the Court by November 20, 2019, of his average monthly Inmate Trust Account balance ("ITA"), or the average monthly deposits into his ITA account, and attach a certified copy of his ITA statement showing transactions for the past six months. Id. at 2. On December 12, 2019, after receiving Plaintiff's Notice of Address Change, the Court issued an order updating Plaintiff's address and resending the Court's November 6, 2019 OSC to Plaintiff's new address ("Order re Address"). ECF No. 10, Order re Address. The Court, on its own, also extended Plaintiff's time to respond to the OSC until January 12, 2020.

---

[1] Under the "mailbox rule," when a pro se prisoner gives prison authorities a pleading to mail to court, the court deems the pleading constructively "filed" on the date it is signed. Douglas v. Noelle, 567 F.3d 1103, 1107 (9th Cir. 2009).

To date, Plaintiff has not filed the required documents, nor has he corresponded with the Court. However, Plaintiff will be given a final opportunity to comply with the Court's Orders. Plaintiff must file a response **no later than February 13, 2020.** Plaintiff must either (1) pay the full $400.00 filing fee; (2) submit a copy of his ITA statement signed by an Authorized Officer of the Institution; or (3) show cause in writing why he is unable to do so.

Failure to file a response within the time specified **will** be deemed consent to the dismissal of the action, with or without prejudice.

**IT IS SO ORDERED.**