JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID ROMO,<br><br>        Plaintiff,<br><br>    v.<br><br>LOS ANGELES SHERIFF DEPARTMENT, et al.,<br><br>        Defendants. | Case No. 2:19-cv-09331-GW (SHK)<br><br>**JUDGMENT** |

Pursuant to the Order Dismissing Complaint, IT IS HEREBY ADJUDGED that this action is DISMISSED without prejudice.

DATED: October 24, 2022

_____
HONORABLE GEORGE H. WU
United States District Judge